IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10921
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                                Plaintiff-Appellee,

versus

FESTUS UMUNAKWE OSUAGWU,

                                                Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2-96-CR-6-2
- - - - - - - - - -
February 21, 1997

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Festus Umunakwe Osuagwu has

filed a brief as required by Anders v. California, 386 U.S. 738

(1967), and we have independently reviewed counsel's brief and

the record, and found no nonfrivolous issue.  Accordingly,

counsel is excused from further responsibilities herein and the

APPEAL IS DISMISSED.  See 5th Cir. R. 42.2.

_____

     [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.